IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| OCTAVIUS BENTLEY, | ) |
| Plaintiff, | ) Case No. 7:09CV253 |
| v. | ) **FINAL ORDER** |
| GENE M. JOHNSON, ET AL., | ) By: Glen E. Conrad |
| Defendant. | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ORDERED

as follows:

1. Plaintiff's motion to amend (Dkt. No. 7) is **GRANTED**, his complaint is amended as stated in the motion, and the following new defendants are added to the case: Larry Huffman, John S. Carman and R. W. Rowlette ; and

2. Plaintiff's action as amended is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and stricken from the active docket of the court.

ENTER: This 31st day of July, 2009.

/s/ Glen E. Conrad
United States District Judge